IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

ROBIN D. DIETS,                              )
                                             )
v.                                           )    2:11-00066
                                             )
MICHAEL J. ASTRUE, Commissioner of Social    )
   Security.                                 )

## O R D E R

Before the Court is the Report and Recommendation of Magistrate Judge Griffin, Document #14, and the objection of Plaintiff thereto, Document #15. No response to the objection has been filed.

The Plaintiff's objection to the Report and Recommendation of Magistrate Judge Griffin is the finding of the Administrative Law Judge, in which Magistrate Judge Griffin concurred, that the Plaintiff does not meet the requirements of Listing 3.07B. This same objection was made to Magistrate Judge Griffin and was addressed in the Report and Recommendation.

The Court agrees with the rationale and finding of Magistrate Judge Griffin. On the facts and law, the Report and Recommendation is correct in holding that listing 3.07B has not been met. The objection is overruled.

Plaintiff's Motion for Judgment on the Record, Document #11, is **DENIED**, the decision of the Commissioner is **AFFIRMED**, and this case is **DISMISSED**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge